IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRELL BURDITT, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-1070 |
| JUDGE DANIEL LEEDY, In His Individual Capacity, et al., | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 28, 2014, and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

Plaintiff Darrell Burditt's Motion to Correct Heading or Style of This Case With Respect to Court's Jurisdiction (Docket Entry No. 18); Motion for the Court to Obey and Adhere to the Supreme Court Decisions of Connecticut Nat. Bank 503 U.S. 249 (1992) and New Orleans Public Service, Inc. 491 U.S. 350, 358 (1989) (Docket Entry No. 20); and Plaintiff's Supplemental

Information for the Court to Determine the Merits of the Motion for Resignation fo [sic] Judge S[]im Lake (Docket Entry No. 28) are **DENIED**.

The Clerk shall send copies of this Order Adopting Magistrate Judge's Memorandum and Recommendation to the respective parties.

**SIGNED** at Houston, Texas, on this the 12th day of June, 2014.

                                    SIM LAKE
                        UNITED STATES DISTRICT JUDGE